UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. RICKS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>G. LEVINE, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:15-cv-01150-RRB<br><br>**ORDER RE: MOTION**<br>**AT DOCKET 11** |

At **Docket 11** Plaintiff Scott K. Ricks filed a motion to proceed *in forma pauperis*. A review of the records reveals that the Court previously granted Ricks leave to proceed *in forma pauperis.*[1] The pending motion is superfluous. Accordingly, the Application to Proceed In Forma Pauperis by a Prisoner at **Docket 11** is **DENIED**.

**IT IS SO ORDERED** this 2nd day of September, 2015

　　　　　　　　　　　　　　　　　　S/ RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Docket 6.