# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT K. RICKS, | ) | Case No.: 1:15-cv-01150-AWI-BAM (PC) |
| Plaintiff, | ) ) ) | ORDER DENYING PLAINTIFF'S MOTION FOR CHANGE OF VENUE, AS MOOT |
| v. | ) ) | [ECF No. 76] |
| G. LEVINE, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff Scott K. Ricks is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's motion for change of venue, filed on July 6, 2018. (ECF No. 76.)

On May 10, 2018, this Court granted summary judgment to Defendants Levine and Forster in this case, and directed the Clerk of the Court to enter judgment and close this action. (ECF No. 73.) Judgement was entered that same day. (ECF No. 74.)

Accordingly, Plaintiff's motion for change of venue (ECF No. 76) is HEREBY DENIED, as moot, because this action is currently closed.

IT IS SO ORDERED.

Dated: **July 17, 2018**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE